IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION


ROBERT D. TILDEN                                                    PLAINTIFF

                    v.                    Civil No. 06-2059

SHERIFF REED HAYNES,
Franklin County, Arkansas; and
MARGARET LEWIS, Jail
Administrator, Franklin County
Detention Center                                                   DEFENDANTS


**ORDER**

     As it appears this case may be resolved on motion for summary judgment, the defendants

are directed to file such a motion on or before **September 22, 2006**.  Once the summary

judgment motion is filed, the court will prepare a questionnaire to assist the plaintiff in

responding to the motion.  For this reason, plaintiff is directed not to respond to the motion for

summary judgment until so ordered by the court.

     IT IS SO ORDERED this 29th day of June 2006.


                                        /s/ Beverly Stites Jones
                                        UNITED STATES MAGISTRATE JUDGE