**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**ROBERT D. TILDEN**                                                                     **PLAINTIFF**

**v.**                                    **Civil No. 06-2059**

**REED HAYNES and
MARGARET LEWISS**                                           **DEFENDANTS**

<u>**O R D E R**</u>

Now on this 12th day of September, 2007, comes on for consideration the **Report and Recommendation of the Magistrate Judge, Hon. James R. Marschewski** (document #25, filed July 26, 2007), in this matter, to which no objections have been filed, and the Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendants' Motion for Summary Judgment is hereby **granted as to plaintiff's claims of denial of medical care, denial of mail, conditions of confinement, and overcrowding. Further, it is ORDERED that an additional questionnaire be propounded to the plaintiff regarding his claims of racism.**

**IT IS SO ORDERED.**

                                             **/s/Jimm Larry Hendren
                                             HON. JIMM LARRY HENDREN
                                             UNITED STATES DISTRICT JUDGE**