IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ROBERT D. TILDEN                                                                                                PLAINTIFF

v.                                               CASE NO. 06-2059

REED HAYNES and
MARGARET LEWIS                                                                                             DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Robert D. Tilden filed this civil rights action on October 2, 2006. He proceeds pro se and *in forma pauperis*.

A Report and Recommendation was entered by the undersigned on July 26, 2007, recommending that summary judgment be granted on Plaintiff's claims of denial of medical care, denial of mail, conditions of confinement, and overcrowding. It was recommended that an additional questionnaire be propounded to the Plaintiff regarding his claims of racism. The United States District Judge, the Honorable Jimm Larry Hendren, adopted the Report and Recommendation of the undersigned on September 12, 2007. On September 26, 2007, an Order was issued directing plaintiff to complete, sign and return the additional response to Defendant's Motion for Summary Judgment regarding the issue of racism. This response was due to the Court on or before October 26, 2007. Plaintiff did not return the response to the Court, nor was any mail sent to the Plaintiff returned to the Court. On December 4, 2007, Defendants filed a Motion to Dismiss due to Plaintiff's failure to prosecute his case and follow a Court Order.

Adequate time has passed for Plaintiff to make a response to the Motion for Summary Judgment regarding the remaining issue in his case. However, Plaintiff has not contacted the court in anyway since December 28, 2006. It appears Plaintiff has received adequate notice of the documents filed in his case.

I therefore recommend that this case be dismissed based on plaintiff's failure to obey the orders of the court and his failure to prosecute this action. Fed. R. Civ. P. 41. **The parties have ten days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 7th day of December 2007.

/s/ *J. Marschewski*
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE